

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
                Plaintiff

CASE NUMBER: CR: 15-6229-ADV
Arrest warrant

VS.

REPORT COMMENCING CRIMINAL ACTION

Jose Nieves, Jr.
        Defendant

07920-104
USMS NUMBER

---

TO: CLERK'S OFFICE     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
U.S. DISTRICT COURT                (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 5/29/15    6:05 (A.M.) ___ P.M.

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Production of CP  18 USC § 2251

(4) DATE OF BIRTH: 12/23/1984

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   { } INDICTMENT                   {X} COMPLAINT TO BE FILED/(ALREADY FILED)
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINAL DISTRICT: SDFL

(6) REMARKS: _____

(7) DATE: 5/29/15     (8) ARRESTING OFFICER: SA Alexis Carpinteri, FBI
(9) AGENCY: FBI                           (10) PHONE: 954-553-3459

(11) COMMENTS: _____