UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: JOSE NIEVES, JR (J)#07920-104       CASE NO: 15-6229-VALLE
AUSA: C. KOONTZ (J. STRAUSS COVERING)     ATTY: Brian Silver.
USPO:                                      VIOL: 18:USC 2251

PROCEEDING: INITIAL APPEARANCE            RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no          COUNSEL APPOINTED:
BOND SET @:                               To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or x's a week/month by phone; x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew/Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

Gov't moves to unseal complaint.
Order signed.
A- Advised of charges.
Will hire own attorney Brian Silver.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
REPORT RE COUNSEL: Tuesday June 2, 2015 at 10:00 AM
PTD/BOND HEARING: Tuesday June 2, 2015 at 10:00 AM
PRELIM/ARRAIGN OR REMOVAL: FRIDAY JUNE 12, 2015 DUTY (SELTZER)
STATUS CONFERENCE:

DATE: 5/29/2015   TIME: 11:00 AM   FTL/TAPE/# AOV-   Begin DAR: 11:07:22

{ 10 Mins }