SEALED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
Jose Nieves, JR.

Defendant

)
)
)
)
)

Case No. 15-6223 ~~-RLR~~

*(RECEIVED stamp: SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE; 2015 MAY 29 PM 1:; RECEIVED UNITED STATES MARSHAL)*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jose Nieves JR.   # 07920-104

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:
That the Defendant used a facility and means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2422(b) and that the Defendant employed, used, persuaded, induced, enticed or coerced a minor who had not yet attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing a visual depiction from materials that had been mailed, shipped or transported across state lines or in foreign commerce in violation of Title 18, United States Code, Section 2251 (a).

Date:   05/28/2015

*Issuing officer's signature*

City and state:   Fort Lauderdale, FL

HON. ALICIA O. VALLE, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-29-15 , and the person was arrested on *(date)* 5-29-15 at *(city and state)* Sunrise, FL |
| Date: 5/29/15 |

*Arresting officer's signature*

Sabrina Livingston, SDUSM
*Printed name and title*

981 7477