# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

Date: 6/2/2015    Time: 10:00am

Defendant: Jose Nieves, Jr. (J)    J#: 07920-104    Case #: 15-6229-Valle

AUSA: Catherine Koontz and Francis Viamontes    Attorney: Jan Smith - Duty

Violation: 18:2422

Proceeding: Report Re:Counsel / PTD Hearing    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition: The deft. was not able to hire an attorney. Deft was sworn for counsel. The Court finds the defendant partially indigent and appoints the FPD's office. The Court orders the defendant to pay $2000 into the court registry within 3 months. AFPD Jan Smith was in court and was ready to proceed with the PTD hearing. The government proceeds by proffer. Agent Adam Granit sworn. The Court orders the deft. to be detained based on danger to the community and risk of flight. The govt. to submit a proposed order within 24 hours.

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:    6/12/15    11:00am    Duty (Seltzer)    Ftl

Status Conference RE: (partial indigency payment)    9/14/15    11:00am    Duty (Valle)    Ftl

D.A.R. 10:08:03    Time in Court: 1 hour

Page: 1