UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-6229-VALLE

UNITED STATES OF AMERICA,

v.

JOSE NIEVES, JR.,

DEFENDANT.

_____/

**NOTICE OF TELEPHONIC APPEARANCE**

COMES NOW, Ernest Bradley Westerhold, Esq. and Westerhold & Lokeinsky, LLC, on behalf of the Defendant, Jose Nieves, Jr., hereby file this notice of Telephonic Appearance and states as follows:

1. There is currently a fifteen (15) minute status conference set for 7/1/2015 at 9:30 AM before Judge Robin L. Rosenberg.

2. Undersigned counsel requests that he may appear telephonically at this hearing.

Respectfully submitted,

/S/ Ernest Bradley Westerhold
Ernest Bradley Westerhold, Esq.
*Fla. Bar Number 0103590*
*Westerhold Lokeinsky Attorneys at Law*
*2100 Ponce de Leon Blvd Suite 1210*
*Coral Gables, FL 33134*
*Office 305-728-5371*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2015, I electronically filed this document through the CM/ECF filing system, which will serve all interested parties via electronic mail.

By: /S/ Ernest Bradley Westerhold
Ernest Bradley Westerhold, Esq.
