UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-60123-CR-ROSENBERG

UNITED STATES OF AMERICA
        Plaintiff,

vs.

JOSE NIEVES, JR.
        Defendant.
_____/

ORDER VACATING ORDER ON PARTIAL
INDIGENCY AND DISTRIBUTION OF AVAILABLE FUNDS

UPON CONSIDERATION of the Notice of Permanent Appearance filed by Attorney Ernest Westerhold who has been retained as counsel by the defendant, and this Court's Order of Partial Indigence for Appointment of Counsel and Distribution of Available Funds (the "Order"), and being fully advised in this matter, it is

ORDERED AND ADJUDGED that the order entered on June 2, 2015 directing the defendant to pay $2000.00 to the Clerk of Court for deposit into the Treasury is hereby VACATED.

DONE AND ORDERED this 10th day of September, 2015.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Miami Financial Section
    Jodi Anton, AUSA
    Ernest Westerhold, Esq.
    Robin Rosen-Evans, AFPD