AO 243 (Rev. 01/15)                                                                                              Page 2

FILED BY _____ D.C.
JAN 22 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern District |
|---|---|

| Name (under which you were convicted): Jose Nieves, Jr. | Docket or Case No.: 0:15-CR-60123-RLR |
|---|---|
| Place of Confinement: F.C.I. Miami (Low) | Prisoner No.: 07920-104 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| V. | Jose Nieves, Jr. |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Paul G. Rogers Federal Building
   United States CourtHouse
   701 Clematis Street, Room 402
   West Palm Beach, FL 33401

   (b) Criminal docket or case number (if you know): 0:15-CR-60123-RLR

2. (a) Date of the judgment of conviction (if you know): December 4, 2015

   (b) Date of sentencing: December 4, 2015

3. Length of sentence: 144 months

4. Nature of crime (all counts):
   18 U.S.C. § 2422(b) Use of a facility and means of interstate or foreign commerce to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18, to engage in any sexual activity for which any person can be charged with a criminal offense.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

AO 243 (Rev. 01/15) Page 3

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

      (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
            Yes ☐    No ☐

      (7)  Result: _____

      (8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

      (1)  Name of court: _____
      (2)  Docket of case number (if you know): _____
      (3)  Date of filing (if you know): _____
      (4)  Nature of the proceeding: _____
      (5)  Grounds raised:

      (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
            Yes ☐    No ☐

      (7)  Result: _____

      (8)  Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

      (1)  First petition:    Yes ☐    No ☐
      (2)  Second petition:  Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                                Page 5

**GROUND ONE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective in failing to move the district court to dismiss the criminal indictment, where the Movant was **ACTUALLY INNOCENT** of the offense charged.

**SEE ATTACHED MEMORANDUM OF LAW**

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: 
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐

AO 243 (Rev. 01/15)

Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO**    Prosecutorial Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Government Maliciously prosecuted the Movant, knowing the Movant's conduct did not violate any Federal Statute.

AO 243 (Rev. 01/15)

Page 8

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):




(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)

    (3)  Did you receive a hearing on your motion, petition, or application?
          Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?
          Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
          Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    Ground One and Two were not presented because Movant was never informed that the Federal Age of Consent has always been Sixteen (16) years of age until the Supreme Court ruling of <u>Esquivel-Quintana v. Sessions</u>.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒ .

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    Ernest Bradley Westerhold 701 Brickell Ave Suite 1550 Miami, FL 33131

    (b) At the arraignment and plea:

    Ernest Bradley Westerhold 701 Brickell Ave Suite 1550 Miami, FL 33131

    (c) At the trial:

    (d) At sentencing:

    Ernest Bradley Westerhold 701 Brickell Ave Suite 1550 Miami, FL 33131

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes [ ]   No [X]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes [ ]   No [X]

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes [ ]   No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    This motion is predicated upon the "actual innocence" gateway doctrine; where "actual innocence, if proved, serves as a gateway through which a petitioner may pass, whether the impediment is a procedural bar ... or, as in this case, expiration of the statute of limitations." McQuiggin v. Perkins, 185 L. Ed. 2d 1019, 1027 (2013).

    In the instant case, judgment was rendered against the Movant on December 4, 2015. Thereafter, the Supreme Court issued Esquivel-Quintana v. Sessions, 198

L. Ed. 2d 22 (2017), where it clarified that consensual conduct with two seventeen (17) year olds. This clarification of law proves Movant's conduct was not in violation of a statute thus showing he was actually innocent of the charged conduct, and he should be allowed to utilize this actual innocence gateway.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)

Therefore, movant asks that the Court grant the following relief:

__VACATE his conviction and allow him to enter a plea of NOT GUILTY__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___January 16th, 2018___
(month, date, year)

Executed (signed) on ___January 10th, 2018___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

```
Jose Nieves, Jr. Reg: 07920-104
Federal Correctional Institution
P.O. BOX 779800
Miami, FL 33177
```

7017 0530 0000 2047 75□□

**LEGAL MAIL**

```
Paul G. Rogers Federal Building
United States Court House
701 Clematis Street, Room 402
West Palm Beach, FL 33401
```

1/17/18

INITIALS

THE ENCLOSED LETTER IS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES
A QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH
TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION.