UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED BY  MC  D.C.

FEB - 6 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

V.                                    Case Number: 0:15-CR-60123-RLR

JOSE NIEVES Jr.         /             JUDGE: ROBIN L. ROSENBERG

Defendant                             Inmate Number: 07920-104

REQUEST FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. §3582

and AMENDMENT 821, PART B of U.S. SENTENCING COMMISSION

REGARDING "ZERO-POINT OFFENSE" REDUCTION

Defendant JOSE NIEVES Jr. qualifies and request a "zero status point reduction" under Amendment 821 Part B.

RELIEF REQUEST

Reduction of sentence in compliance of the U.S. Sentencing Commission Amendment 821 Part B decrease of two offense levels for "ZERO-POINT OFFENDERS" guideline range.

CERTIFICATE OF SERVICE

I hereby certify a copy of this has been posted to all parties involved this 1st day of February, of 2024.

*[signature]*
Jose Nieves Jr., 07920-104
Federal Correction Institution
P.O. BOX 779800
Miami, FL 33177

Jose Nieves Jr
Reg # 07920-104
Federal Correctional Institution
PO Box 779800
Miami, FL 33177

MIAMI FL 330
2 FEB 2024 PM 4 L

US Courthouse
Clerk of the Court
400 N Miami Ave
Room 8 N09
Miami, FL 33128

33128-771699